### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

DENISE PAYNE, individually,

      Plaintiff,

                                 Case No.: <u>0:14-cv-62874-WPD</u>

v.

EINSTEIN AND NOAH CORP. d/b/a
EINSTEIN BROTHERS BAGELS #1245,
a foreign corporation,

      Defendant.

_____/

### <u>PLAINTIFF'S NOTICE OF SETTLEMENT</u>

      Plaintiff, DENISE PAYNE, by and through her undersigned counsel, hereby notifies the Court that she has reached a settlement of all disputed issues in this lawsuit with Defendant, EINSTEIN AND NOAH CORP. The parties are working on their settlement agreement, and will thereafter submit a joint stipulation of dismissal with prejudice of this lawsuit.

      **DATED** this <u>31st</u> day of <u>December</u>, 2015.

                      Respectfully submitted,

                      **ESPINOSA LAW GROUP**
                      10625 N. Kendall Dr.
                      Miami, FL 33176-1510
                      Tel.: 305-655-1501
                      Cell: 352-219-1974
                      E-mail: tallison@espinosalawgroup.com
                      E-mail: despinosa@espinosalawgroup.com

                      By: *<u>/s/ Thomas Charles Allison</u>*
                            Thomas Charles Allison, Esq.
                            Florida Bar No. 35242
                            Daniel Alberto Espinosa, Esq.
                            Florida Bar No. 81686

                      *Counsel For The Disabled*

*Payne v. Einstein and Noah Corp., etc.*
Case No.: 0:14-cv-62874-WPD

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon counsel of record (*see* Service List, below) by electronically filing same with the Clerk of Court using the Electronic Case Filing System, on this <u>31st</u> day of <u>December</u>, 2015.

By: *<u>/s/ Thomas Charles Allison</u>*
　　　Thomas Charles Allison, Esq.
　　　Florida Bar No. 35242

**<u>Service List</u>**

David E. Gevertz, Esq.
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
3414 Peachtree Road, N.E.
Atlanta, Georgia 30326-1164
E-mail: dgevertz@bakerdonelson.com

Adam J. Wick, Esq.
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
100 SE 3rd Ave., Suite 2626
Fort Lauderdale, Florida 33394
E-mail: awick@bakerdonelson.com

*Counsel for Defendant*