UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:14-cv-62874-WPD

DENISE PAYNE, individually,

    Plaintiff,

v.

EINSTEIN AND NOAH CORP., d/b/a EINSTEIN
BROTHERS BAGELS #1245, a foreign corporation,
    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulation for Order of Dismissal (the "Stipulation") [DE 44], filed herein on January 6, 2016. The Court has carefully reviewed the Stipulation and is otherwise advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation is hereby **APPROVED**;

2. This action is **DISMISSED with prejudice** with each party to bear its own costs and attorney's fees; and

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of January, 2016.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

1

Copies provided to:

Counsel of Record